1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    Bar No. 2137
3   CARLOS A. GONZALEZ
    Assistant United States Attorney
4   333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
5   Ph: (702) 388-6336
    Fax: (702) 388-6787
6   E-mail: Carlos.Gonzalez2@usdoj.gov

7   Attorneys for the United States.

8

9            UNITED STATES DISTRICT COURT

10             DISTRICT OF NEVADA

11   EDUARDO SALAZAR HERNANDEZ aka      )
    Eduardo Hernandez Salazar,        )
12                          )
               Plaintiff,     )
13                          )     Case No.
    v.                        )
14                          )     2:09-cv-02313-RCJ-LRL
    LOLA PAROCUA, Field Office      )
15   Director, U.S. Citizenship &       )
    Immigration Services, Las Vegas    )
16   Sub-District Office, et al.,     )
                         )
17                Defendants.    )
    _____ )
18

19               **STIPULATION AND PROPOSED**

20       **ORDER TO DISMISS PLAINTIFF'S COMPLAINT AS MOOT**

21       The Federal Defendants, by Daniel G. Bogden, United States

22   Attorney for the District of Nevada, and Carlos A. Gonzalez,

23   Assistant United States Attorney, and Eduardo Salazar Hernandez

24   aka Eduardo Hernandez Salazar, Plaintiff, by and through his

25   attorney, Jon E. Garde, Esq., respectfully request that this

26   . . .

1   honorable Court grant the Parties' stipulation to dismiss this

2   case as moot.

3       The CIS has approved Plaintiff's Form I-485, Application to

4   Register Permanent Residence or Adjust Status.[1]

5       Each party will bear its own attorney fees and costs.

6       Based on the foregoing, the Parties respectfully request

7   that this Court dismiss this matter as moot as the requested

8   relief has been completed.

9       DATED this _____ day of February, 2010.

10  Respectfully submitted,        Respectfully submitted,

11                                 DANIEL G. BOGDEN
                                   United States Attorney

12
      /s/ JON E. GARDE                /s/ CARLOS A. GONZALEZ
13  JON E. GARDE, ESQ.             CARLOS A. GONZALEZ
    Attorney for Plaintiff         Assistant United States
14  EDUARDO SALAZAR HERNANDEZ        Attorney
                                   Attorney for Defendants

15

16

17

18      IT IS SO ORDERED this 12th day of January, 2011.

19

20                             _____

21                             Gloria M. Navarro
                               United States District Judge

22

23

24

25  _____

26      [1]  *See* attached Exhibit 1.